# Third District Court of Appeal
## State of Florida

Opinion filed September 8, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-1070
Lower Tribunal No. F06-34716A

————————

**Rodney A. Solomon,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Rodney A. Solomon, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.